NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NOBELBIZ, INC.,**
*Plaintiff-Appellee*

v.

**GLOBAL CONNECT, L.L.C., T C N, INC.,**
*Defendants-Appellants*

2016-1104, -1105

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00244-RWS, 6:12-cv-00247-RWS, 6:13-cv-00804, and 6:13-cv-00805, Judge Robert Schroeder III.

**ORDER**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The appeals remain deactivated.

2      NOBELBIZ, INC. v. GLOBAL CONNECT, L.C.C.

            FOR THE COURT

            <u>/s/ Daniel E. O'Toole</u>
            Daniel E. O'Toole
            Clerk of Court

s31