NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOBELBIZ, INC.,**
*Plaintiff - Appellee*

v.

**GLOBAL CONNECT, L.L.C., T C N, INC.,**
*Defendants - Appellants*

---

2016-1104, 2016-1105

---

Appeals from the United States District Court for the Eastern District of Texas in nos. 6:12-cv-00244-RWS, 6:13-cv-00804-MHS, 6:12-cv-00247-RWS, 6:13-cv-00805-MHS, Judge Robert Schroeder III.

---

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Eastern District of Texas,

IT IS ORDERED THAT:

The appeals are reactivated. Appellants' opening brief is due 60 days from the date of filing of this order.

FOR THE COURT

October 31, 2016        /s/ Peter R. Marksteiner
                       Peter R. Marksteiner
                       Clerk of Court