FORM 8. Entry of Appearance                                                                                                   Form 8
                                                                                                                              Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NobelBiz, Inc.            v.            Global Connect, L.L.C.

No.    16-1104, 1105

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Global Connect, L.L.C. and T C N, Inc
  Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner      ☐ Respondent      ☐ Amicus curiae      ☐ Cross Appellant
- ☒ Appellant       ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant      ☐ Respondent or appellee

| | |
|---|---|
| Name: | Clinton E. Duke |
| Law Firm: | DURHAM JONES & PINEGAR |
| Address: | 111 East Broadway, Suite 900 |
| City, State and Zip: | Satl Lake City, Utah 84111 |
| Telephone: | (801) 415-3000 |
| Fax #: | (801) 415-3500 |
| E-mail address: | cduke@djplaw.com |

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):    08/11/08

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled

Date  11-14-16    Signature of pro se or counsel  /s/ Clinton Duke

cc: _____

Reset Fields