# United States Court of Appeals for the Federal Circuit

---

**NOBELBIZ, INC.,** *Plaintiff-Appellee*

v.

**GLOBAL CONNECT, L.L.C., T C N, INC.,** *Defendants-Appellants*

---

2016-1104, -1105

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00244-RWS, 6:12-cv-00247-RWS, 6:13-cv-00804, and 6:13-cv-00805, Judge Robert Schroeder III.

---

### NOTICE OF INTENT TO FILE CORRESPONDING BRIEF

Defendants-Appellants Global Connect, L.L.C. and T C N, Inc. in the above named case notify the Court that they intend to file a corresponding electronic brief subject to the requirements of Fed. Cir. R. 32(e). Counsel for Defendants-Appellants has notified counsel for Plaintiff-Appellee, and Plaintiff-Appellee consents to the filing of an electronic brief.

DATED:  November 14, 2016	Respectfully submitted,


		*/s/ Clinton E. Duke*
		Clinton E. Duke
		Utah Bar No. 9784
		cduke@djplaw.com
		**DURHAM JONES & PINEGAR**
		111 East Broadway Ste 900
		Salt Lake City, Utah 84111
		Telephone: (801) 415-3000
		Facsimile: (801) 415-3500


		***Attorneys for Defendants-Appellants***
		***TCN, Inc. and Global Connect, L.L.C.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of November, 2016, with a copy of this document via the Court's CM/EFC system per Federal Circuit Rule 25(e). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Clinton E. Duke*
Clinton E. Duke