**Appeal Nos. 2016-1104, -1105**

IN THE

# United States Court of Appeals for the Federal Circuit

---

**NOBELBIZ, INC.,**
*Plaintiff-Appellee*

**v.**

**GLOBAL CONNECT, L.L.C., T C N, INC.,**
*Defendants-Appellants*

---

2016-1104, -1105

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00244-RWS, 6:12-cv-00247-RWS, 6:13-cv-00804, and 6:13-cv-00805, Judge Robert Schroeder III

---

**NOTICE OF CORRECTION**

---

Defendants-Appellants Global Connect, L.L.C. and T C N, Inc. filed the Confidential Joint Appendix and Non-Confidential Joint Appendix on March 13, 2017. Since then counsel for Defendants-Appellants and counsel for Plaintiff-Appellee have discovered several inadvertent errors. This submission is to correct these inadvertent errors as follows:

(1) Appx6312-Appx6317 were included twice. The duplicate pages have been removed.

(2) Appx6311 has been added.

(3) Appx6361 has been added along with a notation in the table of contents that Appx6361 was a mistaken citation and referring to Appx6311.

(4) Appx8326 was mistakenly labeled as Appx8325. This label has been corrected.

(5) Appx8877-8878 have been added along with a notation in the table of contents that Appx9877-9878 was a mistaken citation and referring to Appx8877-8878.

(6) Appx8995-Appx8997 were included out of sequential order. This has been corrected.

(7) Appx9037-Appx9038 were included out of sequential order. This has been corrected.

(8) Appx9107 was included out of sequential order. This has been corrected.

(9) Appx11739 was included out of sequential order.  This has been corrected.

(10)     Appx13236-Appx13238 have formatting issues making the contents

unreadable.  These pages have been replaced with proper copies.

Dated: April 14, 2017                    Respectfully submitted,

                                         /s/ *Clinton E. Duke*
                                         CLINTON E. DUKE
                                         DURHAM JONES & PINEGAR
                                         111 East Broadway Ste 900
                                         Salt Lake City, Utah 84111
                                         Telephone: (801) 415-3000
                                         Facsimile: (801) 415-3500

                                         *Attorney for Defendants-Appellants*
                                         Global Connect L.L.C. and T C N, Inc.

## <u>CERTIFICATE OF INTEREST</u>

Counsel for Appellants certifies the following:

1. The full name of every party represented by the undersigned is:

**Global Connect, L.L.C. and T C N, Inc.**

2. The real party in interest represented by the undersigned is:

**Global Connect, L.L.C. and T C N, Inc.**

3. All parent companies and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

**None**

4. The names of all law firms and the partners or associates that appeared for the party now represented by the undersigned in the trial court or are expected to appear in this court are:

Alec J. McGinn, Joshua D. Chandler, Durham Jones & Pinegar, 111 E Broadway, #900 SLC, UT  84111; David L. Burgert, Jones Day – Houston, 717 Texas, #3300, Houston, TX  77003; Randall T. Garteiser, Christopher A. Hoenea, Kirk Anderson, Peter Stuart Brasher, Garteiser Honea PLLC 119 W. Ferguson St., Tyler, TX  75702; Gregory J. Casas, Ross Spencer Garsson, Greenberg Traurig, LLP – Austin, 300 West 6th Street, Ste 2050, Austin, TX 78701

/s/ *Clinton E. Duke*
CLINTON E. DUKE
DURHAM JONES & PINEGAR
111 East Broadway Ste 900
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I certify that on this day, April 14, 2017, I caused the foregoing to be filed with the U.S. Court of Appeals for the Federal Circuit by means of the Court's CM/ECF system and to be served by electronic mail on counsel of record for Plaintiff-Appellee NobelBiz, Inc.

Dated: April 14, 2017

/s/ *Clinton E. Duke*

CLINTON E. DUKE
DURHAM JONES & PINEGAR
111 East Broadway Ste 900
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

*Attorney for Defendants-Appellants*
Global Connect L.L.C. and T C N, Inc.