NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOBELBIZ, INC.,**
*Plaintiff-Appellee*

v.

**GLOBAL CONNECT, L.L.C., T C N, INC.,**
*Defendants-Appellants*

---

2016-1104, 2016-1105

---

Appeals from the United States District Court for the Eastern District of Texas in No. 6:12-cv-00244-RWS, 6:12-cv-00247-RWS, 6:13-cv-00804-MHS, 6:13-cv-00805-MHS, Judge Robert Schroeder, III, Judge Michael H. Schneider.

---

**ON MOTION**

---

Before NEWMAN, DYK, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellee NobelBiz, Inc. moves for a 14-day extension of time, until September 1, 2017, within which to file a petition for rehearing en banc. Appellants Global Connect, L.L.C. and TCN, Inc. oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

| August 7, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |