# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**PETER R. MARKSTEINER**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

September 29, 2017

Clinton Earl Duke
Durham Jones & Pinegar
111 E Broadway
Salt Lake City, UT 84111

RE: <u>NobelBiz, Inc. v. Global Connect, L.L.C.</u>
<u>Appeal Nos. 16-1104, 16-1105</u>

Dear Counsel:

The court invites a response from the appellants to the petition for rehearing en banc filed by the appellee in this matter.

Please file your response in accordance with Fed. Cir. Rules 35 and 40 on or before October 13, 2017.

Very truly yours,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Ralph A. Dengler